AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JAMALL HARRIS,<br><br>**Defendant** | )<br>)<br>)  Case No.   5:23-MJ-667 (ML)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of November 8, 2023 in the county of Onondaga in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute Fentanyl, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:
See attached affidavit

☒   Continued on the attached sheet.

*Brandon T. Geer*
Complainant's signature

Brandon T. Geer, Task Force Officer
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: November 13, 2023

*Miroslav Lovric*
Judge's signature

City and State:  Binghamton, NY

Hon. Miroslav Lovric, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brandon T. Geer, being duly sworn, depose and state:

## INTRODUCTION

1. I am a Deportation Officer with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE). I have been employed with ICE since November 2017. Prior to my employment with ICE, I was employed as a Border Patrol Agent with the United States Border Patrol from May 2014 until November 2017. I am currently assigned to the United States Department of Justice, Drug Enforcement Administration (DEA) Syracuse Resident Office as a Task Force Officer. I have been a sworn member of the DEA Syracuse Resident Office Task Force since October 2020. As such I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 United States Code, Section 801, et sec. and Title 18, United States code, Section 2516.

2. This affidavit is made in support of a criminal complaint charging Jamall HARRIS **("HARRIS")** with possession with the intent to distribute a controlled substance, to wit, Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C). The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement officers, and my training and experience. As this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **HARRIS**

1

possessed Fentanyl with the intent to distribute.

## BASIS OF INFORMATION

3. In early November 2023, DEA learned from United States Probation and Pretrial Services ("USPO") that **HARRIS**, who was under probation supervision with USPO for a prior federal drug conviction, was engaging in unlawful drug-related activities.

4. On November 8, 2023, with the assistance of the DEA, USPO conducted a search of **HARRIS**' residence pursuant to the terms and conditions of **HARRIS'** supervision. At the time of the search, **HARRIS** was the only person present in his residence. Inside the bedroom that **HARRIS** previously told USPO he shares with his wife, agents located a shoebox. Inside the shoebox agents found a plastic bag containing a white powdery substance, along with other suspected illegal drugs. To the right of the shoebox, agents observed **HARRIS**' New York State driver's license, credit cards in **HARRIS'** name, men's multi-vitamins, and mail addressed to **HARRIS** at the residence. Agents also observed a box of plastic bags directly above the shoebox. Elsewhere in the bedroom, agents also located US Currency, and men's clothing and affects. Throughout the search of **HARRIS'** residence and car, agents located numerous plastic bags, including some with white powdery residue, as well as digital scales, all of which are, in my training and experience, consistent with the preparation and distribution of narcotics.

5. DEA seized the suspected illegal drugs, including the white powdery substance, and transported them to the DEA Syracuse Resident Office for further processing. Agents conducted a field test of the white powdery substance, which produced a positive reaction for the presence of fentanyl. The fentanyl weighed approximately 25 grams.

## CONCLUSION

6. I believe the foregoing establishes probable cause to believe that **HARRIS** possessed with intent to distribute Fentanyl, a Schedule II controlled substance, in violation of 21

U.S.C. §§ 841(a)(1), (b)(1)(C). I respectfully request that the Court authorize the filing of this complaint so that the defendant may be charged and brought to court for further proceedings in accordance with the law.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

*Brandon T. Geer*
Brandon T. Geer
Task Force Office
Drug Enforcement Administration

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on the 13th day of November, 2023 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

*Miroslav Lovric*
Hon. Miroslav Lovric
United States Magistrate Judge